# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALEJANDRO CAZARES,<br><br>　　　　　　Defendant. | **8:20CR253**<br><br>**ORDER** |

　　　　This matter is before the court on the motion of Attorney John J. Velasquez to withdraw as counsel for the defendant, Alejandro Cazares. (Filing No. 80). John J. Velasquez represents that he has accepted a position of employment that does not allow him to represent the defendant. John J. Velasquez's motion to withdraw (Filing No. 80) is granted.

　　　　Brent M. Bloom, 416 South 14th Street, Omaha, NE 68102, (402) 342-2833, is appointed to represent Alejandro Cazares for the balance of these proceedings pursuant to the Criminal Justice Act. John J. Velasquez shall forthwith provide Brent M. Bloom with the discovery materials provided the defendant by the government and such other materials obtained by John J. Velasquez which are material to Alejandro Cazares's defense.

　　　　The clerk shall provide a copy of this order to Brent M. Bloom and the defendant.

　　　　Dated this 19th day of May, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge