IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20CR253 |
| vs. | |
| ALEJANDRO CAZARES, | ORDER |
| Defendant. | |

On September 14, 2021 the court held a hearing on the motion of Attorney Brent M. Bloom to withdraw as counsel for the defendant, Alejandro Cazares. (Filing No. 90). Brent M. Bloom represented that there has been a breakdown in lawyer/client communication such that further representation is not possible. After inquiry of the Defendant and his counsel the court granted Brent M. Bloom's motion to withdraw (Filing No. 90). The court appointed CJA counsel to represent the Defendant.

Renee L. Mathias, 6940 O Street, Suite 400, Lincoln, NE 68510, 402-466-8444, is appointed to represent Alejandro Cazares for the balance of these proceedings pursuant to the Criminal Justice Act. Brent M. Bloom shall forthwith provide Renee L. Mathias with the discovery materials provided the defendant by the government and such other materials obtained by Brent M. Bloom which are material to Alejandro Cazares's defense.

The clerk shall provide a copy of this order to Renee L. Mathias and the defendant.

**IT IS SO ORDERED.**

Dated this 20th day of September, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge